THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL SOMMERFELD, | CASE NO. C20-1272-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| O'HARA CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulation for withdrawal and substitution of counsel for Plaintiff Michael Sommerfeld (Dkt. No. 6). The motion is GRANTED. Effective immediately, Douglas R. Williams and Adam E. Deitz will be deemed to have withdrawn and John W. Merriam shall be substituted as counsel of record for Plaintiff.

DATED this 30th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1272-JCC
PAGE - 1