THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL SOMMERFELD, | CASE NO. C20-1272-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| O'HARA CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to re-open the case and dismiss the matter with prejudice (Dkt. No. 14). The parties previously filed a notice of dismissal, along with a proposed order, seeking dismissal of the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) without prejudice. (Dkt. No. 12.) The Court issued a minute order indicating that the notice of dismissal was self-executing. (Dkt. No. 13.) The parties now indicate that they seek a dismissal with prejudice and ask the Court to re-open the matter solely for this purpose. (Dkt. No. 14 at 1.) Finding good cause, the motion is GRANTED. The clerk is DIRECTED to re-open the case solely for purposes of dismissing the case *with* prejudice. The Clerk is further DIRECTED to then, again, close the case.

MINUTE ORDER
C20-1272-JCC
PAGE - 1

DATED this 7th day of May 2021.

<u>William M. McCool</u><br>
Clerk of Court

<u>s/Paula McNabb</u><br>
Deputy Clerk